# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

HONORABLE: Paul D. Stickney  
DEPUTY CLERK: L. Price  
LAW CLERK: _____  
INTERPRETER: _____  

PRESIDING: _____  
COURT REPORTER/TAPE NUMBER: FTR _Shaunci_  
USPO: _1:20-1:33_ _Cuchulla_  
Date: _7/25/14_  

---

Cr.No.3:14-cr-00293-M *SEALED*  
DEFT. No. _____

UNITED STATES OF AMERICA  
§  
§ _Wall Drenller_, AUSA  
v.  
§  
§ _Terrance Khot_  
CHRISTIAN LLOYD CAMPBELL (4)  
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court:_____

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered  
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)  
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial:_____

Hearing Concluded:  ☐ Yes  ☐ No

- ☒ Arraignment  ☐ Rearraignment – Held on Count(s) __1__
  of the __13__ count(s) ☒ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint
- ☐ Sentencing Guidelines                                              ☐ Superseding Information
- ☒ Deft enters a pleas of  ☒ Not Guilty  ☐ Guilty  ☐ Nolo
- ☐ Waiver of Jury Trial
- ☐ Waiver of Indictment filed
- ☐ Plea Agreement accepted   ☐ Court defers acceptance of Plea Agreement
- ☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
- ☐ Plea Agreement included with Factual Resume.
- ☐ Factual Resume filed.
- ☐ Sentencing set  Date:_____  Time:_____
- ☐ Trial set for  Date:_____  Time:_____
  Pretrial motions due:_____  Discovery motions/Government Responses due:_____
- ☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
- ☐ PSI waiver filed.  PSI due:_____  Pre-sentence Referral Form to:_____
- ☒ Deft Bond  ☒ Set  ☐ reduced to $_____  ☐ Cash  ☐ Surety  ☐10%  ☒ PR
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Bond  ☐ continued  ☐ forfeited
- ☐ Deft Custody/Detention continued.
- ☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS  
**FILED**  
JUL 25 2014  
CLERK, U.S. DISTRICT COURT  
By _____ Deputy