United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

CHRISTIAN LLOYD CAMPBELL

Case Number: DTXN314CR000293-004

Receipt of Passport

---

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: 466871988 USA

Tendered by: BRUNO PEREZ

For the Benefit of: CHRISTIAN LLOYD CAMBELL

Description: U.S. PASSPORT

Karen Mitchell
Clerk of Court

*Kourtney Wilson* (signature)

Kourtney Wilson, Deputy Clerk
Date: 08/04/2014