IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 6 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | 3:14-CR-293-M |
| | § | |
| JOHN WILEY PRICE (01), | § | |
| KATHY LOUISE NEALY (02), | § | |
| DAPHENY ELAINE FAIN (03), | § | |
| CHRISTIAN LLOYD CAMPBELL (04) | § § | |
| Defendants. | § | |

### [~~PROPOSED~~] ORDER GRANTING AGREED MOTION TO MODIFY CHRISTIAN LLOYD CAMPBELL'S ORDER SETTING CONDITIONS OF RELEASE

~~In consideration of~~ Defendant Christian Lloyd Campbell's ("Campbell") Motion to Modify Conditions of Release to include the words "or as otherwise approved by pretrial services," ~~it is~~ hereby **GRANTED**.

So ORDERED and SIGNED this 6TH day of August, 2014.

_____
PRESIDING JUDGE

Order to Modify Conditions of Release
#4645618.1