IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:14-CR-293-M |
| | § | |
| JOHN WILEY PRICE (01) | § | |
| KATHY LOUISE NEALY (02) | § | |
| DAPHENY ELAINE FAIN (03) | § | |
| CHRISTIAN LLOYD CAMPBELL (04) | § | |

## APPEARANCE OF COUNSEL

I, Shamoil T. Shipchandler, respectfully provide notice that I will serve as co-counsel for

defendant Christian Lloyd Campbell ("Campbell"). I am admitted to practice before this Court.

Respectfully submitted,

BRACEWELL & GIULIANI LLP

/s/ Shamoil T. Shipchandler
Shamoil T. Shipchandler
Texas Bar No. 24028533
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Tel: (214) 758-1048
Fax: (800) 404-3970

Attorney for Christian Lloyd Campbell

## CERTIFICATE OF SERVICE

I provided a copy of this appearance to all counsel of record by electronic filing.

Dated: August 12, 2014

/s/ Shamoil T. Shipchandler
Shamoil T. Shipchandler