# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CR-293-M |
| | § | |
| CHRISTIAN LLOYD CAMPBELL (04), | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Government's Unopposed Motion for a Continuance [Docket Entry #55]. The Motion is **GRANTED**. The deadline for the Government to respond to Defendant Campbell's Motion to Sever is extended up to and including October 24, 2014.

**SO ORDERED**.

September 24, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS