**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

HONORABLE: Paul D. Stickney
DEPUTY CLERK: L. Price
LAW CLERK: _____
INTERPRETER: _____

PRESIDING: _____
COURT REPORTER/TAPE NUMBER: Todd Anderson
USPO: 11:26 – 11:43
Date: July 1, 2015

Cr.No.3:14-cr-00293-M

DEFT. No. _____

UNITED STATES OF AMERICA

v.

CHRISTIAN LLOYD CAMPBELL (4)

§
§ Walt Junker, Nick Bunch ____, __, AUSA
§
§ Shamoil Shipchandler
§ COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

**ARRAIGNMENT/REARRAIGNMENT**

Time in Court: _____

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Direct Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty ☐ None

Days in Trial: _____
Hearing Concluded: ☐ Yes ☐ No

☑ Defendant SWORN.

☐ Arraignment ☑ Rearraignment – Held on Count(s) 1
of the 1 count(s) ☑ Indictment ☐ Information ☐ Superseding Indictment ☐ Complaint

☐ Sentencing Guidelines ☐ Superseding Information

☑ Deft enters a pleas of ☐ Not Guilty ☑ Guilty ☐ Nolo

☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details) ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set Date: _____ Time: _____
☐ Trial set for Date: _____ Time: _____
Pretrial motions due: _____ Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed. PSI due: _____ Pre-sentence Referral Form to: _____
☐ Deft Bond ☐ Set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☑ Bond ☑ continued ☐ forfeited
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.
OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL – 1 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy