IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.: 3:14-CR-293-M (04) |
| | § | |
| CHRISTIAN LLOYD CAMPBELL, | § | |
| Defendant. | § | |

## ORDER

The sentencing date of Defendant CHRISTIAN LLOYD CAMPBELL is hereby **CONTINUED**
to a date in 2016, the specific date to be determined after the trial of *United States of America v. John
Wiley Price, et al.*, 3:14-CR-293-M.  A sentencing scheduling order will be entered accordingly at that
time.

SO ORDERED.

DATED:       August 7, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS