# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CR-293-M |
| | § | |
| CHRISTIAN LLOYD CAMPBELL (04), | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Christian Lloyd Campbell's Motion to Withdraw and Substitute Counsel. [Docket #131]. The Motion is **GRANTED**. Terence Hart is relieved as counsel of record, and Shamoil Shipchandler is substituted as lead counsel, for Defendant Campbell.

**SO ORDERED**.

August 12, 2015.

*[Signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**