IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.: 3:14-CR-293-M (04) |
| | § | |
| CHRISTIAN LLOYD CAMPBELL, | § | |
| Defendant. | § | |

### ORDER

On August 7, 2015, the Court deferred acceptance of both the plea, and the plea agreement, entered into by the Defendant. The Court hereby now accepts both the plea and the plea agreement.

SO ORDERED.

DATED:  December 4, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS